UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. JOHNSON, SR. and DENISE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE STATE UNIVERSITY; SIGMA CHI FRATERNITY HOUSE, INC.; SAN JOSE STATE CAMPUS POLICE DEPT. and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 15-cv-00750 NC<br><br>**ORDER REGARDING DENISE JOHNSON'S IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 2 |

Plaintiff Denise Johnson moves to proceed in forma pauperis (IFP). Dkt. No. 2. However, no IFP application has been filed by the other plaintiff, Gregory M. Johnson, Sr.

Gregory M. Johnson, Sr. has until March 11, 2015, to file an IFP application so that the financial resources of both plaintiffs can be considered in determining their ability to pay the filing fee. *See Johnson v. U.S. Bureau of Prisons*, No. 08-cv-1155 MMC, 2008 WL 1885763, at *1 (N.D. Cal. Apr. 25, 2008) ("Although the Court will collect only one filing fee for a case in which multiple plaintiffs have properly joined, each plaintiff must separately apply for and receive leave to proceed IFP.").

In the alternative, plaintiffs may pay the filing fee and withdraw the current IFP application. If by March 11 the Court has not received the filing fee or an IFP application from each plaintiff, the case will be dismissed.

Case No. 15-cv-00750 NC
ORDER RE: IFP
APPLICATION

Plaintiffs must also consent or decline the jurisdiction of a magistrate judge by March 11, 2015. See attached consent/declination form.

For additional guidance, plaintiffs may refer to the Court's Pro Se Handbook, available on the Court's website at http://www.cand.uscourts.gov/prosehandbook, or contact the Federal Legal Assistance Self-Help Center (FLASH), which provides information and limited-scope legal advice to pro se litigants in civil cases. FLASH requires an appointment, which can be made by calling 408-998-5298, ext. 311.

IT IS SO ORDERED.

Date: February 25, 2015

Nathanael M. Cousins
United States Magistrate Judge

Case No. 15-cv-00750 NC
ORDER RE: IFP
APPLICATION

2