✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern        **District of**        California

Gregory Johnson and Denise Johnson
                    Plaintiff (s),
        V.
San Jose State Univ., et al.,
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-cv-00750 NC

Notice is hereby given that, subject to approval by the court, __Gregory Johnson and Denise Johnson__ substitutes
                                                                                    (Party (s) Name)

__Raymond E. Willis__ , State Bar No. __117337__ as counsel of record in
(Name of New Attorney)

place of __Plaintiffs in pro per__ .
             (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:      Law Offices of Raymond E. Willis
  Address:        1212 Broadway, Suite 704, Oakland, CA 94612
  Telephone:      (510) 451-1113            Facsimile  (510) 451-1472
  E-Mail (Optional):  willislaw@pacbell.net

I consent to the above substitution.              /s/ Gregory Johnson
Date:  2/21/2015                                  /s/ Denise Johnson
                                                  (Signature of Party (s))

I consent to being substituted.                   /s/ Gregory Johnson
Date:  2/21/2015                                  /s/ Denise Johnson
                                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  2/21/2015                                  /s/ Raymond E. Willis
                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  February 26, 2015

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Nathanael M. Cousins]

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]