UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. JOHNSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAN JOSE STATE UNIVERSITY, et al.,<br><br>    Defendants. | Case No.15-cv-00750-NC<br><br>**TENTATIVE RULING ON MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 28, 36 |

    The Court has reviewed the parties' briefing on the motions to dismiss and is tentatively inclined to find that plaintiffs' claims are barred by the applicable statute of limitations for each cause of action. Plaintiffs argue that equitable tolling should apply during the time that they pursued administrative remedies. In support of this argument, plaintiffs point to a variety of complaints and administrative actions that they took, but do not specify the end date of those actions or the claims pursued by those actions. The Court cannot evaluate from the present briefing when, for how long, or on which claims equitable tolling may extend the statute of limitations.

    Thus, plaintiffs should be prepared to further elaborate on their equitable tolling argument at the June 17, 2015 hearing. Specifically, plaintiffs should identify with more specificity the start and end date of each administrative remedy pursued. Additionally, plaintiffs should present any further legal authority that supports equitable tolling as it relates to each type of administrative remedy (such as, authority that supports equitable

Case No.:15-cv-00750-NC

tolling for plaintiffs' communications with senators' offices).

**IT IS SO ORDERED.**

Dated: June 9, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:15-cv-00750-NC        2